UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATALIE JEAN SKAKLE,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
    _____/

Case No. 14-cv-10116

HONORABLE STEPHEN J. MURPHY, III

**ORDER ADOPTING REPORT AND
RECOMMENDATION** (document no. 13)**,
GRANTING PLAINTIFF'S MOTION FOR SUMMARY
JUDGMENT** (document no. 10)**, DENYING DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT** (document no. 11) **AND REMANDING CASE**

    The Social Security Administration denied plaintiff and claimant Natalie Skakle's application for disability benefits in a decision issued by an Administrative Law Judge on July 2, 2012. After the SSA Appeals Council declined to review the decision, Skakle appealed to this Court. The Court referred the matter to a United States Magistrate Judge, and the parties filed cross motions for summary judgment. On November 13, 2014, the magistrate judge issued a Report and Recommendation suggesting that the Court grant Skakle's motion and deny the Commissioner's motion. Report, ECF No. 13.

    Under Civil Rule 72(b), each party had fourteen days from the date of service to file any written objections to the recommended disposition. Neither party has filed any objections. De novo review of the magistrate judge's findings is therefore not required. *See* Fed. R. Civ. P. 72(b)(3). The Court has reviewed the file and the Report, and finds that the magistrate judge's analysis is proper. Accordingly, the Court adopts the Report's findings and conclusions and will enter an appropriate judgment**.**

## ORDER

**WHEREFORE**, it is hereby **ORDERED** that the Report and Recommendation (document no. 13) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Skakle's Motion for Summary Judgment (document no. 10) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Commissioner's Motion for Summary Judgment (document no. 11) is **DENIED**.

**ACCORDINGLY,** this matter is **REMANDED** to the Commissioner for proceedings consistent with this opinion.

**SO ORDERED**.

s/Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: December 1, 2014

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 1, 2014, by electronic and/or ordinary mail.

s/Carol Cohron
Case Manager